**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: Complaint and Petition of Michael John Pogue,<br><br>Petitioner. | No. CV-25-08012-PCT-MTL<br><br>**ORDER** |

Pending before the Court is Petitioner's Ex Parte Application for Supplemental Admiralty Rule F Order (the "Second Rule F Motion") (Doc. 7).

Petitioner filed the Original Complaint on January 17, 2025, seeking relief pursuant to Federal Rule of Civil Procedure 9(h), Federal Rule of Civil Procedure Supplemental Admiralty and Maritime Claims Rule F, 46 U.S.C. § 30529,[*] and 28 U.S.C. § 1333. (Doc. 1 ¶¶ 1, 3.) Petitioner then filed its Stipulation for Value of Vessel (Doc. 3) and its First Motion for Supplemental Admiralty Rule F Order (Doc. 4). The Court granted the Stipulation and denied the First Motion for Supplemental Admiralty Rule F Order. (Doc. 5.) Petitioner subsequently filed its Amended Complaint (Doc. 6) and the pending Second Rule F Motion (Doc. 7). Here, Petitioner seeks an order directing a monition requiring claimants to file and make proof of claims and staying prosecution of all other related claims. (*Id*. at 4).

---

[*] The Court again notes that Petitioner cites 46 U.S.C. §§ 30501-30512 for exoneration from or limitation of liability in its Amended Complaint, but the Limitation of Liability Act of 1851 was renumbered to 46 U.S.C. §§ 30521-30530.

1    Upon compliance with Fed. R. Civ. P. Supp. R. F(1), the notice by publication to
2 potential claimants is required, and the petitioner is required to mail a copy of the notice to
3 "every person known to have made any claim against the vessel or the plaintiff arising out
4 of the voyage or trip on which the claims sought to be limited arose." Fed. R. Civ. P. Supp.
5 R. F(4). The notice is required to admonish potential calamints to "file their respective
6 claims with the clerk of the court and to serve on the attorneys for the plaintiff a copy
7 thereof on or before a date to be named in the notice" *Id*. That date must not be less than
8 thirty days after the notice issues. *Id*.

9    Also upon compliance with Fed. R. Civ. P. Supp. R. F(1), the Court must stay all
10 other litigation:

> [A]ll claims and proceedings against the owner or the owner's property with respect to the matter in question shall cease. On application of the plaintiff the court shall enjoin the further prosecution of any action or proceeding against the plaintiff or the plaintiff's property with respect to any claim subject to limitation in the action.

15 Fed. R. Civ. P. Supp. R. F(3).

16    The Court previously approved Petitioner's Stipulation (Doc. 3) and Letter of
17 Undertaking (Doc. 3-1) as security for Petitioner's interest in the Vessel. Petitioner has
18 complied with the preliminary requirements and Fed. R. Civ. P. Supp. R. F(2).

19    Accordingly,

20    **IT IS ORDERED** granting Petitioner's Second Rule F Motion (Doc. 7).

21    **IT IS FURTHER ORDERED** directing the Clerk of Court to issue a Notice to
22 Claimants, in the form of the Notice attached to this Order, against all persons having such
23 claims for any and all losses, personal injuries, destruction of property, as alleged in
24 Petitioner's Amended Complaint must file them as provided by Rule F of the Supplemental
25 Rules for Certain Admiralty and Maritime Claims with the Clerk of this Court, United
26 States District Court, District of Arizona, Sandra O'Connor US Courthouse, 401 W.
27 Washington Street, Phoenix, Arizona 85003, and serve on or mail copies to Petitioner's
28 attorneys, Taylor H. Allin, Esq., WILSON, ELSER, MOSKOWITZ, EDELMAN &

DICKER LLP, 2231 E. Camelback Rd., Suite 200, Phoenix, AZ 85016, on or before the **May 20, 2025**, or be defaulted and forever barred from asserting such a claim. Any claimant desiring to contest Petitioner's right to exoneration from or limitation of liability must file an Answer to Petitioner's Amended Complaint and/or a claim as required by Rule F(4) – (5) of the Supplemental Rules, and serve or mail a copy to Petitioner's attorneys.

**IT IS FURTHER ORDERED** that public notice of the Notice to Claimants be given by publication in a newspaper of general circulation published in Arizona; once in each week for four successive weeks prior to May 20, 2025, in accordance with Supplemental Admiralty Rule F(4).

**IT IS FURTHER ORDERED** that Petitioner shall mail a copy of this Order and Notice to every person and entity known to have asserted any claim against Petitioner arising out of, resulting from, or in any manner connected with, that which the Amended Complaint in this action seeks exoneration from, or limitation of, liability, to their last known address by March 25, 2025. In those cases where the person or entity making the claim is known to have an attorney, this Order and Notice shall be mailed to such attorney.

**IT IS FINALLY ORDERED** that the prosecution of any and all suits against Petitioner concerning the alleged incident on September 24, 2022, as described in the Amended Complaint, are stayed and restrained until further hearing or termination of this proceeding.

Dated this 21st day of March, 2025.

Michael T. Liburdi
United States District Judge